UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

IN RE:  BAKER B. CABELL III        )
        SHANTAL E. CABELL          )  CASE NO. 21-30098
                                   )  Chapter 13
                Debtor(s)          )

## AMENDMENT TO SCHEDULES

Comes the Debtor(s) by and through Counsel and states that through error and inadvertence they failed to list the following debts on schedule F and they desire to add these debts at this time;

Lend Nation, 2301 Dixie Hwy, Louisville, KY 40216

Amount owed: $1000.00

\*\*\*\* If the amendment listed you as a Creditor, you have 90 days from the date of certification of mailing of the amendment within which to file a proof of claim. (ONLY IF CASE IS A CHAPTER 13 OR ASSET CHAPTER 7).

    The undersigned certifies under penalties of perjury, that I have read the foregoing amendment, and certify that the statements therein contained are true and complete to the best of my knowledge, information and belief.

/s/ BAKER B. CABELL III
/s/ SHANTAL E. CABELL

Executed on:   2/5/2021

Prepared By:
/s/ Victor E. Tackett Jr_____
Victor E. Tackett, Jr.
Attorney at Law
223 East Spring Street
New Albany, IN 47150
Tel: (502)935-3716
Fax: (812)945-5335
Email: victor.tackettlaw@gmail.com